UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 21 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**BRIDGET GORMAN and
CATHERINE COSTELLO,**

  Plaintiffs,

VS.           Case No. 04-2481 – Ma P

**LINCOLN FINANCIAL GROUP, INC.,
and FIRST PENN PACIFIC LIFE
INSURANCE COMPANY,**

  Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

This matter came on to be heard by consent of the parties and upon the entire record, from all of which,

IT APPEARING TO THE COURT that the parties have compromised and settled the matters in dispute among them,

IT IS THEREFORE ORDERED BY CONSENT that this action should be, and is hereby, dismissed, with prejudice.

_____
JUDGE
DATE: September 21, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-22-05

APPROVED AND CONSENTED TO:

Stephen Leffler, Esq.
Attorney for Plaintiffs
707 Adams Avenue
Memphis, Tennessee 38105
(901) 527-8830

By: _____
Stephen Leffler


ARMSTRONG ALLEN, PLLC
Attorneys for Defendant
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103
(901) 523-8211

By: _____
Michael B. Neal

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02481 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT